1  **WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, ) | CR 05-024-PHX-SMM |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Richard Franklin Miller, ) | |
| Defendant. ) | |

Pending before the Court is defendant Richard Miller's Motion to Continue the hearing previously scheduled in order to permit him to waive his right to confront witnesses at a bench trial, if he chooses to do so. (Dkt. 59.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Continue the hearing previously scheduled in order to permit him to waive his right to confront witnesses at a bench trial. (Dkt. 59.) **IT IS FURTHER ORDERED** vacating the hearing previously scheduled for June 5, 2006 at 1:30 p.m.

**IT IS FURTHER ORDERED** that Defendant Richard Miller shall appear in Courtroom 605 at 4:00 p.m. on June 21, 2006, for a hearing at which he may, but is not required to, waive his right to confront witnesses at a bench trial.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. § 3161(h)(8)(A) will commence on May 25, 2006 for a total of 2 days.

DATED this 26th day of May, 2006.

_____
Stephen M. McNamee
United States District Judge

- 2 -